UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRUSTEES OF THE LABORERS
PENSION TRUST FUND – DETROIT
AND VICINITY, et al.,

      Plaintiffs,

Case No. 18-cv-10795
Hon. Matthew F. Leitman

v.

SERES-CASTLE MASONRY,
INCORPORATED,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: January 4, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2019, by electronic means and/or ordinary mail.

      s/Holly A. Monda
      Case Manager
      (810) 341-9764